tiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William W. Flournoy* for petitioners. *The Attorney General* and *The Solicitor General* for the respondents.

No. 816. FREDERICK J. LISMAN ET AL., PETITIONERS, *v.* MILWAUKEE, LAKE SHORE & WESTERN RAILWAY COMPANY ET AL. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. J. Darlington, Mr. Delos McCurdy* and *Mr. Charles K. Allen* for petitioners. *Mr. Edward M. Hyzer* for respondents.

No. 818. ILLINOIS CENTRAL RAILROAD COMPANY, PETITIONER, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmund F. Trabue, Mr. J. C. Doolan, Mr. Attilla Cox, Jr.,* and *Mr. Blewett Lee* for petitioner. *The Attorney General* and *The Solicitor General* for respondent

No. 832. ADOLPH KUFFLER, PETITIONER, *v.* HINSDALE, SMITH & COMPANY ET AL. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Max J. Kohler* for petitioner. *Mr. Benjamin Tuska* for respondents.

No. 821. LUFKIN LAND & LUMBER COMPANY, PETITIONER, *v.* BEAUMONT TIMBER COMPANY, LIMITED. May 17, 1909. Petition for a writ of certiorari to the United States

Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. A. P. Pujo* for petitioner.  No appearance for respondent.

---

No. 833.  J. I. CASE PLOW WORKS ET AL., PETITIONERS, *v.* BRYANT & BOND COMPANY.  May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. F. M. Etheridge* and *Mr. J. M. McCormick* for petitioners.  No appearance for respondent.

---

No. 837.  CENTRAL OF GEORGIA RAILWAY COMPANY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL.  May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Henry C. Cunningham, Mr. Alexander R. Lawton, Mr. T. M. Cunningham, Jr.,* and *Mr. R. E. Steiner* for petitioner.  *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents

---

No. 838.  THE WESTERN RAILWAY OF ALABAMA, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL.  May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Robert E. Steiner* for petitioner.  *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 841.  SOUTH AND NORTH ALABAMA RAILROAD COMPANY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL.  May 17, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth